UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ALONSO ALREDO ,

    Applicant,

v.                                                                  CASE NO. 8:26-cv-206-SDM-CPT

PAMELA BONDI,
    U.S. Attorney General, *et al.*,

    Respondents.
_____/

### **ORDER**

Tapia Riveros applies under 28 U.S.C. § 2241 for the writ of habeas corpus and challenges his detention in the Pinellas County jail as a Tampa Immigration and Custom Enforcement Facility. Tapia Riveros contends that his detention is unlawful under 8 U.S.C. § 1225, which does not allow bond or an individualized custody review, rather than 8 U.S.C. § 1226, which allows a bond or an individualized custody review. By this action Tapia Riveros challenges only his present detention, not whether he is subject to removal.

This action will proceed on an expedited schedule. The clerk must electronically send a copy of this order and the application (Doc. 1) to the United States Attorney's Office in Tampa, Florida (USAFLM.Alcatraz@ usdoj.gov) and by certified mail to the Attorney General of the United States in Washington, D.C (U.S.

- 2 -

Department of Justice, 950 Pennsylvania Avenue, NW, Washington DC 20530-0001).  The respondent must respond no later than **TUESDAY, FEBRUARY 17, 2026**.  The court will authorize an extension of this deadline only if the respondent submits a good faith representation that they will not remove Tapia Riveros before this case is resolved.  Tapia Riveros has **SEVEN DAYS** to reply.

ORDERED in Tampa, Florida, on January 30, 2026.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE