UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ALONSO ALFREDO TAPIA
    RIVEROS,

    Applicant,

v.                                                           CASE NO. 8:26-cv-206-SDM-CPT

PAMELA BONDI,
    U.S. Attorney General, *et al.*,

    Respondent.
_____/

### ORDER

Tapia Riveros applied under 28 U.S.C. § 2241 for the writ of habeas corpus (Doc. 1) and the respondent has not yet filed a response.  Tapia Riveros both represents that this action is now moot because he has received the requested relief and notices his dismissal of this action.  (Doc. 11)  Under Rule 41(a)(1)(A)(i), Federal Rules of Civil Procedure, Tapia Riveros may voluntarily dismiss this action without a court order by filing a "notice of dismissal before the opposing party serves either an answer or a motion for summary judgment."  The dismissal is without prejudice and effective immediately upon filing.  *Absolute Activist Vale Master Fund Limited v. Devine*, 998 F.3d 1258, 1265 (11th Cir. 2021).

- 2 -

Based on Tapia Riveros's "Notice of Voluntary Dismissal" (Doc. 11), the clerk must close this case. Any pending motion is **DENIED AS MOOT**.

ORDERED in Tampa, Florida, on May 12, 2026.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE